IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

BVS, INC.,

    Plaintiff,

vs.

CREDIT UNION EXECUTIVES SOCIETY, INC.,

    Defendant.

14-CV-91-LRR

**ORDER**

_____

The matter before the court is Defendant Credit Union Executives Society, Inc.'s ("CUES") unresisted "Motion for an Extension of Time to Answer or Otherwise Plead and to File Its Notification of Affiliates" ("Motion") (docket no. 7), which CUES filed on August 15, 2014. In the Motion, CUES requests that the court extend the deadline by which it needs to answer or otherwise plead and file its notification of affiliates from August 15, 2014 to October 15, 2014, due to the ongoing settlement negotiations of the parties. For the reasons stated in the Motion, and because the Motion is unresisted, the Motion is **GRANTED**. CUES has until October 15, 2014 to answer or otherwise plead and file its notification of affiliates.

    **IT IS SO ORDERED.**

    **DATED** this 15th day of August, 2014.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA